**Order entered September 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00993-CV
### No. 05-18-00994-CV

## IN RE SHEMONT JAYRON GULLATT, Relator

### Original Proceeding from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F-11-61616-W and F-11-70820-W

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/    DAVID L. BRIDGES
       JUSTICE